IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RYAN D. GABRIEL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DORINDA SUE GRAY, INSURED TITLES, LLC/DBA INSURED TITLES, TITLE INSURANCE CORPORATION/DBA INSURED TITLES, TAYLOR KAI GROENKE, and FREDERICK J. "FRITZ" GROENKE/DBA MONTANA REAL ESTATE GROUP,<br><br>　　　　　　Defendants. | CV 24-118-M-KLD<br><br>ORDER OF RECUSAL |

　　　I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

　　　DATED this 18th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge