UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| RYAN DEAN GABRIEL, | ) | Civil No. **CV-24-118-M-JTJ** |
| Plaintiff, | ) | **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS / PLAINTIFF'S ANSWER TO DEFENDANTS' RESPONSE BRIEF OPPOSING MOTION FOR LEAVE TO AMEND COMPLAINT** |
| vs. | ) | |
| DORINDA SUE GRAY, et al | ) | |
| Defendants. | ) | **[ CORRECTED ]** |

-----------------------------------------------

The Plaintiff, RYAN DEAN GABRIEL, hereby responds to Defendants' Response Brief Opposing Motion for Leave to Amend Complaint filed herein on October 22, 2024, and all previously filed Motions to Dismiss filed up to this date. Plaintiff takes issue with the Defendants' argument that "the Plaintiff's proffered amended complaint does nothing to change the fact that there is no diversity of citizenship between the parties. See (Doc. 18) (merely altering certain Defendants' names).". The Defendants argue principally that this jurisdictional defect renders Plaintiff Mr. Gabriel's motion futile.

On the contrary, curing the name of Defendant (from TITLE INSURANCE CORPORATION to TITLE FINANCIAL CORPORATION) by itself cures the jurisdictional defect, as the now-correctly identified corporation is headquartered in

Idaho. As Plaintiff Mr. Gabriel wrote in his Motion for Leave to File Amended Complaint on October 20, 2024: "Plaintiff Mr. Gabriel agrees with this statement, and further notes the correct parent company of Insured Titles, LLC and Flying S Title and Escrow of Montana, Inc. is Title Financial Corporation located at 195 S Broadway in Blackfoot, ID. 83221. Therefore, the Defendant 'TITLE INSURANCE CORPORATION /DBA INSURED TITLES' should be instead identified by its correct name: 'TITLE FINANCIAL CORPORATION /DBA INSURED TITLES'."

Beyond the foregoing, Mr. Gabriel was a Washington State resident until 2022 and was a Washington State resident when the underlying civil lawsuit that is now the subject of this Federal Complaint for Injunctive and Declaratory Relief was first brought against Plaintiff Mr. Gabriel on March 15, 2022, in the State of Oregon. Therefore, this is a Federal issue as there is clearly full diversity of jurisdiction at all times wherein Mr. Gabriel's Fourteenth Amendment rights have been violated under the U.S. Constitution, 42 U.S.C. § 1983.

This Court has subject matter jurisdiction pursuant to Article III of the U.S. Constitution and 28 U.S.C. §§ 1331, because this case arises under the Fourteenth Amendment to the United States Constitution and because Plaintiff Mr. Gabriel seeks redress of his civil rights under 28 U.S.C. § 1343.

## CONCLUSION

Plaintiff Mr. Gabriel therefore believes he has properly sought leave of this Court to amend the instant Complaint pursuant to Fed. R. Civ. P. 15 to make this slight modification to the identified Defendant's name, and in order to conform with Defendants' instant brief in support of their October 4, 2024, motion.

DATED this 31st Day of October, 2024.

_____

**Ryan Dean Gabriel,** *Pro Se*
2000 Blacktail Road, #1140
Lakeside, MT 59922

Tel:  (206) 391-9886 m.
Tel:  (403) 606-5859 m.
rgabriel@zurccapital.com

\*\*\*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(d)(2)(E), I certify that this Motion for Leave is printed with proportionately spaced Times New Roman text typeface of 14 points; is double-spaced, and the word count, calculated by Microsoft Word for Microsoft 365 MSO, is 314 words long, excluding Caption, Certificate of Service and Certificate of Compliance.

\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Objection, the referenced and other documents indicated above were served upon the opposing parties on this 31st Day of October, 2024, by the method an at the address as indicated below:

        Robert C. Lukes
        Alan F. McCormick
        GARLINGTON, LOHN & ROBINSON, PLLP
        350 Ryman Street • P. O. Box 7909
        Missoula, MT 59807-7909
        Phone (406) 523-2500
        Fax (406) 523-2595
        rclukes@garlington.com
        afmccormick@garlington.com

        Attorneys for Frederick J. "Fritz" Groenke,
        Dorinda Sue Gray, Insured Titles, LLC, and
        Flying S Title and Escrow of Montana, Inc.

        ***

        Susan G. Ridgeway
        HALL & EVANS, LLC
        Millennium Building
        125 Bank Street, Suite 403
        Missoula, Montana 59802
        Telephone: (406) 541-8882
        Fax No: (406) 519-2035
        ridgeways@hallevans.com
        Attorneys for Defendant Taylor Kai Gronke

        ***

____X___  by regular mailing full, true, and correct copies thereof to the attorney(s) at the physical mailing addresses shown above, sent via USPS Priority Express with signature receipt.

____X___  by e-mailing full, true, and correct copies thereof to the attorney(s) at the electronic mail addresses shown above.

DATED this 31st day of October, 2024.

_____
Ryan D. Gabriel
Respondent/Plaintiff, *pro se*

2000 Blacktail Road, Box #1140
Lakeside, MT 59922
Tel. # (403) 606-5859 m.
rgabriel@zurccapital.com