UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RYAN D. GABRIEL,<br><br>             Plaintiff,<br><br>vs.<br><br>DORINDA SUE GRAY, et al.,<br><br>             Defendants. | Case No. CV-24-118-M-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED;

1. Defendant Fredrick J. Groenke's Motion to Dismiss (Doc. 6) is GRANTED.

2. Defendants Dorinda Sue Gray, Insured Titles, LLC, and Title Insurance Corporation's Motions to Dismiss (Doc. 12) are GRANTED.

3. Defendant Taylor Kai Groenke's Motion to Dismiss (Doc. 14) is GRANTED.

4. Plaintiff Ryan D. Gabriel's Motion for Leave to File Amended Complaint (Doc. 18) is DENIED.

5. This action is DISMISSED WITH PREJUDICE.

   Dated this 4th day of December, 2024.

            TYLER P. GILMAN, CLERK

            By: /s/ Traci Orthman
            Traci Orthman, Deputy Clerk